IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY PATRICK CLEMMONS,

    Plaintiff,

v.                                        Case No. 4:12cv4-SPM/WCS

B. THOMPKINS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 10) which recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has been afforded an opportunity to file objections, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

**ORDERED and ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (doc. 10) is **adopted** and incorporated by reference into this order; and

2. This case is **dismissed**.

3. The Clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk is directed to close this case.

**DONE AND ORDERED** this 14th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge